Theodore T. Cordery, Esq. (Bar No. 114730)
Email: tcordery@itkc.com
Michael J. Boland, Esq. (Bar No. 98343)
Email: mboland@itkc.com
IMAI, TADLOCK, KEENEY & CORDERY, LLP
1660 SOUTH AMPHLETT BLVD, SUITE 300
SAN MATEO, CA 94402
Telephone: (415) 260-4595
Facsimile: (415) 329-2244

Attorneys for Defendants
GHILOTTI BROTHERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROMAN MELIKOV<br><br>Plaintiff,<br><br>v.<br><br>GHILOTTI BROS., INC.,<br><br>Defendants. | CASE NO.: 4:21-CV-04074-JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL<br><br>Complaint Filed: May 27, 2021<br>Trial Date: October 17, 2022 |

Come now the parties to this case and based upon the resolution of the Plaintiff's remaining claim, ('Count I'), request the Court to issue a final Order and dismiss this action with prejudice.

Dated: June 14, 2022

By: /s/ M
Roman Melikov
PLAINTIFF *Pro Se*

Dated: June 14, 2022

IMAI, TADLOCK, KEENEY & CORDERY, LLP

By: /s/ Michael J. Boland
Michael J. Boland
Attorneys for Defendant
GHILOTTI BROTHERS, INC.

-1-

-2-

**[PROPOSED]** O R D E R

Based upon the foregoing stipulation, and the request of the parties, the Court hereby dismisses this action with prejudice.

Dated: June 15, 2022

_____
Hon. Jeffrey S. White

-2-